IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Charmaine M | Case Number: 07 B 12582 |
| | Judge: Squires, John H |
| Printed: 4/22/08 | Filed: 7/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 12, 2008
Confirmed: September 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,000.00 | |
| Secured: | | 100.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,792.00 |
| Trustee Fee: | | 108.00 |
| Other Funds: | | 0.00 |
| Totals: | 2,000.00 | 2,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 1,792.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 1,289.73 | 100.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 43,402.98 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 9,677.35 | 0.00 |
| 7. | CorTrust Bank | Unsecured | 436.36 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,857.30 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 640.84 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 448.33 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 9,479.69 | 0.00 |
| 12. | Emerge Mastercard | Unsecured | 761.20 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 552.64 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 288.89 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 842.88 | 0.00 |
| 16. | Merrick Bank | Unsecured | 1,363.08 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,224.07 | 0.00 |
| 18. | Plains Commerce Bank | Unsecured | 472.28 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 765.43 | 0.00 |
| 20. | First Bank Of Delware | Unsecured | 586.27 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 1,151.39 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 1,930.47 | 0.00 |
| 23. | City Of Chicago | Priority | | No Claim Filed |
| 24. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 25. | First Savings Credit Card | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Charmaine M | Case Number: 07 B 12582 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 4/22/08 | Filed: 7/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Frst Ntnl Bnk/Save Cre | Unsecured | | No Claim Filed |
| 27. | Exxon Mobil | Unsecured | | No Claim Filed |
| 28. | U S Cellular | Unsecured | | No Claim Filed |
| 29. | Home Shopping Network | Unsecured | | No Claim Filed |
| 30. | Proactive Solution Skin Care | Unsecured | | No Claim Filed |
| 31. | Frst Ntnl Bnk/Save Cre | Unsecured | | No Claim Filed |
| 32. | South Central Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 80,171.18 | $ 1,892.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 108.00 |
| | _____ |
| | $ 108.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____